WR-83,375-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/4/2015 4:53:30 PM
Accepted 6/5/2015 8:58:45 AM
ABEL ACOSTA
CLERK

WR-83,375-01

## IN THE TEXAS COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
6/5/2015
ABEL ACOSTA, CLERK

### Writ No. 4762-A

| | |
|---|---|
| **EX PARTE** | **IN THE DISTRICT COURT** |
| | **OF CARSON COUNTY, TEXAS** |
| **SHELTON WADE MONTGOMERY** | **100TH JUDICIAL DISTRICT** |

## APPLICANT'S OBJECTIONS TO LACK OF FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** Applicant, **SHELTON WADE MONTGOMERY**, and files these objections to the lack of Findings of Fact and Conclusions of Law entered in the cause and would respectfully show the court as follows:

I.

### Procedural History of the Case

Shelton Wade Montgomery was charged with two counts of aggravated sexual assault of a child. On his plea of not guilty a jury trial was held. Montgomery was convicted and given a sentence of 20 years on count 1 and 25 years on count 2 of the aggravated sexual assault charges on February 1, 2012. An appeal to the Court of Appeals for the Seventh District in Amarillo was affirmed on October 27, 2013, cause number 07-12-00070-CR. Montgomery filed a

petition for discretionary review in the cause which was refused on February 5, 2014. On May 8,2015, Montgomery filed an application pursuant to Tex. Code Crim. Proc art 11.07. In the application and memorandum of law, Montgomery raised substantive grounds of error that merited an evidentiary hearing and review.

An Order Designating Issues and appointing a writ master was submitted but apparently never signed.

On June 4, 2015, the District Court submitted the application, without Findings of Fact and Conclusions of Law, to the Court of Criminal Appeals. Counsel for Montgomery was not provided a copy of the District Court's action.

II.

**No Findings have been made**

Montgomery timely objects to the trial court's gross breach of procedure and, requests that the Court of Criminal Appeals remand the case back to the District Court for proper Findings of Fact and Conclusions of Law based on evidence gathered by the District Court.

Montgomery has raised a claim of ineffective assistance of counsel at the sentencing phase of his trial which, if true, would merit relief.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that this court will remand this case for an evidentiary hearing wherein the live testimony of the witnesses may be presented, or, alternatively, that this Court find that Applicant

has established that his trial attorney rendered ineffective assistance of counsel and that this Court then vacate Applicant's conviction.

Respectfully submitted,

BRUCE ANTON
State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax
ba@sualaw.com
Attorney for Applicant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Objections to Findings of Fact and Conclusions of Law has been served by U.S. mail on the Carson County District Attorney's Office, 800 West Avenue, Box 1. Wellington, Texas 79095 , on the 5th day of June, 2015.

BRUCE ANTON